# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION, AT CLEVELAND

| | |
|---|---|
| **ROBERT L. HILL, INDIVIDUALLY AND AS NEXT FRIEND OF JORDAN LEE HILL, A MINOR,** | **CIVIL ACTION NO. 1:05 CV 0895** |
| Plaintiff, | |
| **BUCYRUS BLADES,** | |
| Intervening Plaintiff | **JUDGE: CHRISTOPHER A. BOYKO**<br>**MAGISTRATE: PATRICIA HEMANN** |
| vs. | |
| **BLITZ, U.S.A., INC., et al.,** | |
| Defendants/Third Party Plaintiffs | |
| vs. | |
| **KATY MCKINNEY, et al.,** | **ORDER ON STIPULATION OF DISMISSAL** |
| Third-Party Defendants. | |

After considering the Parties' Stipulation of Dismissal the Court

GRANTS the stipulation and dismisses all claims by or against Wal-Mart Stores East, L.P. a/k/a Wal-Mart Stores East Inc. a/k/a Wal-Mart Supersenter a/k/a Wal-Mart Stores, Inc. with prejudice.

SIGNED on __APRIL 12,_____, 2006.

Order on Stipulation of Dismissal
Page 1 of 2

                                          s/ Christopher A. Boyko
                                          Christopher A, Boyko
                                          U.S. District Judge

APPROVED & ENTRY REQUESTED:

/s/ Valeri Stiers Malone
Valeri Stiers Malone
TSB#24014508
ANDERSON LAW FIRM
4600 Belair
Wichita Falls, Texas 76310
Tel: (940) 691-7600
Fax: (940) 691-1790